IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR358 |
| vs. | ) | |
| | ) | ORDER |
| JESSE TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's uncontested MOTION TO EXTEND DEADLINE FOR PRETRIAL MOTIONS [13]. The court file shows that present counsel entered an appearance very recently. For that reason, I find that the motion should be granted.

**IT IS ORDERED:**

1. Defendant's MOTION TO EXTEND DEADLINE FOR PRETRIAL MOTIONS [13] is granted. Pretrial motions shall be filed on or before **November 4, 2005**.

2. The ends of justice will be been served by granting defendant's motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between **October 18, 2005 and November 4, 2005**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration the diligence of counsel. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

3. The jury trial now set for November 8, 2005 is cancelled and will be rescheduled by further order of the court.

**DATED October 27, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**